**Order entered February 24, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01043-CR

**STACY DWAYNE JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F14-76039-L**

## ORDER

Before the Court is appellant's February 19, 2020 second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before March 23, 2020. Appellant is cautioned that further extensions are disfavored.

/s/    LANA MYERS
          JUSTICE